In the Matter of GRACE RYAN, an Infant.

EDWARD RYAN, Appellant; JERRY DAVERN, Respondent.

*Matter of Ryan*, 139 App. Div. 923, affirmed.
(Argued January 11, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1910, which affirmed an order of the Essex County Court denying an application to set aside a prior order of adoption and for the custody of an infant.

*C. J. Vert* for appellant.

*Adelbert W. Boynton* for respondent.

Order affirmed, with costs; no opinion.

Concur: HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: CULLEN, Ch. J